1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
9
10
11
12
13
14

DAVID T. SUMNER IV,

                     Plaintiff,

     v.

US FED GOV'T & AGENCIES, et al.,

                     Defendants.

CASE NO. 19-6073 RJB-TLF

ORDER ADOPTING REPORT AND
RECOMMENDATION

15
16
17

     THIS MATTER comes before the Court on the Report and Recommendation of U.S.
Magistrate Judge Theresa L. Fricke. Dkt. 3. The Court has considered the Report and
Recommendation (Dkt. 3), the Plaintiff's Objections (Dkts. 4 and 5), and the remaining file.

18
19
20

     The Plaintiff's objections are a repetition of his prior assertions. They fail to provide a
basis to not adopt the Report and Recommendation. It should be adopted and his application to
proceed *in forma pauperis* (Dkt. 1) should be denied.

21
22

     Further, the Plaintiff should be given until January 13, 2020 to pay the filing fee for this
case. Failure to do so may result in dismissal of the case without prejudice.

23

     **It is ORDERED that:**

24

(1) The Report and Recommendation (Dkt. 3) **IS ADOPTED**;

(2) The Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) **IS DENIED**; and

(3) The filing fee for this case **IS DUE** by **JANUARY 13, 2020.** Failure to do so may result in dismissal of the case without prejudice.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge Fricke, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 30th day of December, 2019.

ROBERT J. BRYAN
United States District Judge